AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
PAUL T. COOMES, JR.
*Defendant*

Case No. 2:13-cr-717-GWF & 2:11-mj-190-PAL

*FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD*

*SEP 12 2013*

*CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George W. Foley, Jr., U.S. Magistrate Judge | Courtroom No.: 3A<br><br>Date and Time: September 13, 2013 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Sep 12, 2013

*Judge's signature*

GEORGE W. FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*